**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | 3:05-cr-00098-HDM |
| ) | 3:16-cv-00255-HDM |
| Plaintiff,        ) | |
| ) | |
| vs.        ) | |
| ) | ORDER |
| JOHNATHON ROBERTS,        ) | |
| ) | |
| Defendant.        ) | |
| _____ ) | |

Proceedings on the defendant's 28 U.S.C. § 2255 motion are hereby stayed pending the Supreme Court's decision in *Dimaya v. Lynch*, No. 15-1498. Accordingly, the defendant's motion for determination (ECF No. 578) is **DENIED**.

IT IS SO ORDERED.

DATED: This 20th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE