IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff - Appellee,<br>vs.<br>JOHNATHON ROBERTS,<br>    Defendant - Appellant.<br>_____/ | 3:05-cr-00098-HDM<br>3:16-cv-00255-HDM<br><br>C/A # 17-16246<br><br>**ORDER ON MANDATE** |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on July 26, 2017 issued its mandate dismissing the appeal for lack of jurisdiction, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

DATED this 11th day of October, 2017.

_____
United States District Judge